12-111

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20607-CIV-UNGARO

THE DEMOCRATIC REPUBLIC OF THE
CONGO,

     Plaintiff,

v.

AIR CAPITAL GROUP, LLC, MARIO
ABAD, individually, and JAIME
SANCHEZ, individually, and
COMMERCIAL JET, INC.,

     Defendants.

_____/

## NOTICE OF CONFLICT

     David M. McDonald of McDONALD & McDONALD, attorneys for Defendant,

COMMERCIAL JET, INC., hereby notifies this Court of a conflict. The above-styled

matter is set for Initial Planning and Scheduling Conference on May 18, 2012 at 10:30 a.m.

(Order dated 2/28/12). This conference conflicts with Commercial Jet, Inc. v. Miami

Leasing, Inc., in the Circuit Court of the 11th Judicial Circuit, Case No. 11-24494 CA 01,

four (4) week trial before Judge Trawick commencing on May 7, 2012 (Order dated 2/7/12).


                    Respectfully submitted,

                    McDONALD & McDONALD

                    /s/:   David M. McDonald
                    David M. McDonald, Esq.

## CERTIFICATE OF SERVICE

     I hereby certify that on March 6, 2012, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I certify that the foregoing

McDONALD & McDONALD, 1393 S.W. First Street, Suite 200, Miami, Florida 33135
TEL.: (305) 643-5313, FAX: (305) 643-4990; E-MAIL: dmm@Mcdonaldattorneys.com

CASE NO. 12-20607-CIV-UNGARO

document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Richard M. Dunn, Esq.
Jermaine A. Lee, Esq.
Raquel Fernandez, Esq.
COZEN O'CONNOR
200 South Biscayne Blvd., Suite 4410
Miami, FL  33131-4332
305 704-5940
305 704 5955 – fax
rdunn@cozen.com
jalee@cozen.com
rfernandez@cozen.com
*Attorneys for The Democratic Republic of the Congo*

McDONALD & McDONALD
Attys. for Commercial Jet, Inc.
1393 S.W. First Street
Suite 200
Miami,  FL   33135-2321
(305) 643-5313
(305) 643-4990 - fax
dmm@Mcdonaldattorneys.com

BY: /s/:   David M. McDonald
       David M. McDonald
       Fla. Bar No. 0844380

g:Apps\2012\20111\Notice of Conflict