UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20607-CIV-ROSENBAUM/SELTZER

DEMOCRATIC REPUBLIC OF THE CONGO,

    Plaintiff,

vs.

AIR CAPITAL GROUP, LLC,
JAIME SANCHEZ, and MARIO ABAD,

    Defendants.
_____/

## ORDER ON DEPOSITION OBJECTIONS

This matter is before the Court on the parties' objections and cross-objections to their respective deposition designations. Upon consideration, all of the parties' objections are SUSTAINED unless they are specifically overruled below.

**A. Deposition of Stavros Papaioannou**

1. Plaintiff's Objections

a. 16:5 - 17:19, 18:1 - 19:7 is OVERRULED.
b. 20:13 - :24 is OVERRULED.[1]
c. 22:20 - 23:14 is OVERRULED.
d. 24:5 - :25, 25:10 - :15 (through the word "phone"), 25:17 (starting with the word "and") - 26:15 is OVERRULED.
e. 28:16 - 29:6, 29:21 - 31:14 is OVERRULED.
f. 32:13 - 36:4 is OVERRULED.
g. 37:1 - :13 (through the word "aircraft") is OVERRULED.
h. 40:12 - :19 is OVERRULED.

---

[1] This material is not included in Plaintiff's list of objections [D.E. 123] but is annotated as an objection on the deposition transcript [D.E. 124-1].

**B. Deposition of Jeffrey Kuhn**

<u>1. Defendants' Objections</u>

a.  Defendants object to the use of Kuhn's deposition in its entirety on relevancy grounds and because no basis has been established for its use under Rule 32, Fed. R. Civ. P. *See* D.E. 129. Defendants' blanket relevancy objection is OVERRULED.  The Court defers ruling on Defendants' Rule 32 objection until trial.

<u>2. Plaintiff's Objections</u>

a. 53:21 - :23 (the designation must start at the beginning of the answer).
b. 59:21 - 60:19 is OVERRULED.
c. 76:15 - :22 is OVERRULED.
d. 78:2 - :6 is OVERRULED.

**C. Deposition of Richard E. Gonzalez**

<u>1.  Defendants' Objection</u>

a.  Defendants object to the use of Gonzalez's deposition in its entirety because no basis has been established for its use under Rule 32, Fed. R. Civ. P. *See* D.E. 128.  The Court defers ruling on Defendants' Rule 32 objection until trial.

<u>2. Plaintiff's Objections</u>

a. 45:16 - :17 is OVERRULED except for the acronym "FOD."

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of June 2013

    ROBIN S. ROSENBAUM
    UNITED STATES DISTRICT JUDGE

Copies to:

The Honorable Barry S. Seltzer
Counsel of record