UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 12-20607-CIV-ROSENBAUM**

DEMOCRATIC REPUBLIC OF THE CONGO,

    Plaintiff,

v.

AIR CAPITAL GROUP, LLC, *et al.*,

    Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR ATTORNEY'S FEES AND COSTS

This matter is before the Court upon Plaintiff's Motion for Bill of Costs [ECF No. 193], Defendants' Amended Motion to Tax Costs [ECF No. 197], Plaintiff's Verified Motion for an Award of Attorney's Fees [ECF No. 220], and Defendants' Verified Motion for an Award of Attorney's Fees [ECF No. 221]. On March 19, 2014, the Court granted Plaintiff Democratic Republic of the Congo's Motion to Alter, Amend, or Correct Judgment and entered an Amended Judgment in this case. *See* ECF Nos. 233, 234. On March 21, 2014, Defendants Air Capital Group, LLC, Mario Abad, and Jaime Sanchez, filed a Notice of Appeal, seeking to appeal various Orders issued by this Court. ECF No. 235.

In general, the filing of a notice of appeal divests a district court of jurisdiction with respect to any matters involved in the appeal. *See Shivers v. Hill*, 205 F. App'x 788, 789 (11th Cir. 2006). But the Court does have discretion to entertain motions for fees and costs, defer ruling, or deny the motions without prejudice to refile after the conclusion of the appeal. *See* Fed. R. Civ. P. 54(d)(2) advisory committee's note ("If an appeal on the merits of the case is taken, the court may rule on the

claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."); *Hetrick v. Ideal Image Dev. Corp.*, No. 8:07-cv-871-T-33TBM, 2009 WL 1788376, at *1 (M.D. Fla. June 22, 2009) ("[t]he Court has discretion to deny a motion for attorney's fees and costs without prejudice to re-file after the appeal has concluded.").

Here, in light of the pending appeal, the Court exercises its discretion to deny the instant motions without prejudice and allow the parties to refile after the appeal has been resolved. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Bill of Costs [ECF No. 193], Defendants' Amended Motion to Tax Costs [ECF No. 197], Plaintiff's Verified Motion for an Award of Attorney's Fees [ECF No. 220], and Defendants' Verified Motion for an Award of Attorney's Fees [ECF No. 221] are **DENIED WITHOUT PREJUDICE** to refile within thirty days after entry of a mandate by the Eleventh Circuit Court of Appeals.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 8th day of May 2014.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record