UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:12-CV-20607-ROSENBAUM/SELTZER

THE DEMOCRATIC REPUBLIC OF THE
CONGO,
              Plaintiff,
vs.
AIR CAPITAL GROUP, LLC, MARIO ABAD,
individually, and JAIME SANCHEZ,
individually, and COMMERCIAL JET, INC.
              Defendants.
_____/

## NOTICE OF SERVING POST-JUDGMENT FACT INFORMATION SHEET TO MARIO ABAD

Plaintiff/Judgment Creditor, The Democratic Republic of the Congo, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 69 (a)(2), hereby gives notice of serving the attached Fact Information Sheet directed to Defendant/Judgment Debtor, Mario Abad. The fully executed Fact Information Sheet shall be sent to the undersigned at the office of Cozen O'Connor, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410, Miami, FL 33131 within thirty (30) days of the date of this notice.

Respectfully submitted,

By:   /s/ Richard M. Dunn
**Richard M. Dunn**
Fla. Bar. No.: 126953
rdunn@cozen.com
**Raquel Fernandez**
Florida Bar No. 55069
rfernandez@cozen.com
**COZEN O'CONNOR**
Southeast Financial Center, Suite 4410
200 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: (305) 704-5940
Facsimile: (305) 704-5955
*Attorneys for The Democratic Republic of The Congo*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: ___/s/ Richard M. Dunn_____

LEGAL\21160181\1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  1:12-CV-20607-ROSENBAUM/SELTZER

THE DEMOCRATIC REPUBLIC OF THE
 CONGO,
                          Plaintiff,
vs.

AIR CAPITAL GROUP, LLC, MARIO ABAD,
individually, and JAIME SANCHEZ,
individually, and COMMERCIAL JET, INC.
                          Defendants.
_____/

FACT INFORMATION SHEET (FLA. R. CIV. P. FORM 1.977)
DIRECTED TO INDIVIDUAL DEFENDANT, MARIO ABAD

Fed. R. Civ. P. 69 (a)(2), stated that "in aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located."  Further, the Florida Supreme Court has approved this form (1.977) as discovery in aid of execution.

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS TO THE JUDGMENT CREDITOR'S ATTORNEY,  BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

Full Legal Name: _____

Nicknames or Aliases: _____**Mario Abad**_____

Residence Address: _____

Mailing Address (if different: _____

Telephone Numbers: (Home) _____ (Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $ _____ per _____

Average Paycheck: $ _____       per _____

Average Commissions or Bonuses: $ _____ per _____.

Commissions or bonuses are based on _____.

Other Personal Income: $ _____ from _____ (Explain details on the back of this sheet or on an additional sheet if necessary.)

Social Security Number: _____ Birthdate: _____

Driver's License Number: _____

Marital Status: _____ Spouse's Name: _____

*****************************************************************

### Spouse Related Portion

Spouse's Address (if different): _____

Spouse's Social Security Number: _____ Birthdate: _____

Spouse's Employer: _____

Spouse's Average Paycheck or Income: $ _____ per _____

(Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.


*****************************************************************

Names and Ages of All Your Children (and addresses if not living with you): _____
_____

Child Support or Alimony Paid: $ _____ per _____

Names of Others You Live With: _____

Who is Head of Your Household? _____ You _____ Spouse _____ Other Person

Checking Account at: _____ Account # _____

Savings Account at: _____ Account # _____


*****************************************************************

For Real Estate (land) You Own or Are Buying:

Address: _____

All Names on Title: _____

Mortgage Owed to: _____

2

LEGAL\21159747\1

Balance Owed: _____

Monthly Payment: $ _____

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or on an additional sheet if necessary. Also provide the same information on any other property you own or are buying).

**************************************************************************

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model: _____   Color: _____

Vehicle ID #: _____ Tag: # _____ Mileage: _____

Names on Title: _____

Loan Owed to: _____

Balance on Loan: _____

Monthly Payment: _____

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or on an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: _____

Name and Address of Person Owing Money: _____

Reason money is owed: _____

Please attach copies of the following:

    a.     Your last pay stub.

    b.     Your last 3 statements for each bank, savings, credit union, or other financial account.

    c.     Your motor vehicle registrations and titles.

    d.     Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

3

e.	Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

f.	Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA	)
	)
COUNTY OF _____	)

The foregoing instrument was acknowledged before me this _____ day of _____, 2014, by _____ who is personally known to me or has produced _____ as identification and who _____did _____ did not take an oath.

WITNESS my hand and official seal, this _____ day of _____, 2014.

_____
Notary Public
State of Florida

My Commission expires: _____

4