UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:12-CV-20607-ROSENBAUM/SELTZER

THE DEMOCRATIC REPUBLIC OF THE
CONGO,
                Plaintiff,
vs.
AIR CAPITAL GROUP, LLC, MARIO ABAD,
individually, and JAIME SANCHEZ,
individually, and COMMERCIAL JET, INC.
                Defendants.
_____/

## NOTICE OF SERVING POST-JUDGMENT FACT INFORMATION SHEET TO AIR CAPITAL GROUP, LLC

Plaintiff/Judgment Creditor, The Democratic Republic of the Congo, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 69 (a)(2), hereby gives notice of serving the attached Fact Information Sheet directed to Defendant/Judgment Debtor, Air Capital Group, LLC. The fully executed Fact Information Sheet shall be sent to the undersigned at the office of Cozen O'Connor, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410, Miami, FL 33131 within thirty (30) days of the date of this notice.

Respectfully submitted,

By:    /s/ Richard M. Dunn
       **Richard M. Dunn**
       Fla. Bar. No.: 126953
       rdunn@cozen.com
       **Raquel Fernandez**
       Florida Bar No. 55069
       rfernandez@cozen.com
       **COZEN O'CONNOR**
       Southeast Financial Center, Suite 4410
       200 South Biscayne Boulevard
       Miami, Florida 33131-4332
       Telephone: (305) 704-5940
       Facsimile: (305) 704-5955
       *Attorneys for The Democratic Republic of The Congo*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: ___*/s/ Richard M. Dunn*_____

LEGAL\21699840\1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:12-CV-20607-ROSENBAUM/SELTZER**

THE DEMOCRATIC REPUBLIC OF THE
 CONGO,
                Plaintiff,
vs.

AIR CAPITAL GROUP, LLC, MARIO ABAD,
individually, and JAIME SANCHEZ,
individually, and COMMERCIAL JET, INC.
                Defendants.
_____/

**FACT INFORMATION SHEET (FLA. R. CIV. P. FORM 1.977)**
**DIRECTED TO INDIVIDUAL DEFENDANT, AIR CAPITAL GROUP, LLC**

Fed. R. Civ. P. 69 (a)(2), stated that "in aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located." Further, the Florida Supreme Court has approved this form (1.977) as discovery in aid of execution.

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS TO THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

Name of Entity:    **Air Capital Group**

Name and title of person filling out this form: _____

Telephone number: _____

Place of business: _____

Mailing address (If different): _____

Gross/taxable income reported for federal income tax purposes last three years:

_____

Taxpayer identification number: _____

Is this entity an S corporation for federal income tax purposes?  Yes?:_____  No?:_____

Average number of employees per month: $ _____

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest: _____

_____

Names of officers, directors, members, or partners: _____

_____

Checking account at: _____ Account # _____

Savings account at: _____ Account # _____

Does the entity own any vehicles: Yes?: _____ No?: _____

For each vehicle please state:

Year/Make/Model: _____ Color: _____

Vehicle ID No.: _____ Tag No.: _____

Mileage: _____ Present Value: _____

Names on Title: _____

Loan Owed to:: _____

Balance on loan: $ _____ Monthly payment $: _____

Does the entity own any real property?: _____ Yes _____ No

If yes, please state the address(es): _____

_____

Please check if the entity owns the following:

_____ Boat

_____ Camper

_____ Stocks/bonds

_____ Other real property

_____ Other personal property

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past three (3) years.

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

2

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property or other corporations or partnerships at any time within the 12 months immediately preceding the date this lawsuit was filed (February 2012).

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor's Designated Representative/Title

STATE OF FLORIDA    )
                    )
COUNTY OF           )

The foregoing instrument was acknowledged before me this _____ day of _____, 2014, by _____ who is personally known to me or has produced _____ as identification and who _____did _____ did not take an oath.

WITNESS my hand and official seal, this _____ day of _____, 2014.

_____
Notary Public
State of Florida

My Commission expires: _____

LEGAL\21699835\1

3