# COMPOSITE EXHIBIT A

# ANTONIO NEUMAN DEPOSITION TRANSCRIPTS

Volume II Pages 138-139

Volume III Pages 353-354

1  Thereupon,
2                    ANTONIO NEUMAN
3  was called as a witness and, having been duly
4  sworn, was examined and testified as follows:
5                  DIRECT EXAMINATION
6  BY MR. LEE:
7       Q.  How are you today?
8       A.  I'm fine, sir.
9       Q.  You brought something with you?
10      A.  Yes.  This is -- remember we discussed in
11 the last deposition that we engaged into a project
12 looking for how the money was paid for, accounted
13 for.  And so this is still a draft; because there
14 is 12 pages of payments here, okay, so we need to
15 review carefully each one of them, but basically
16 this percent --
17      Q.  Let me borrow it?
18      A.  Okay.  Let me get my copy.  This is
19 basically the vendors involved in the process and
20 at the end we accounted for 6.1 -- $6,186,028.64
21 of payment to vendors within this project.  So
22 this is -- and here we have the check numbers and
23 the bank the money was drawn on and the payment
24 type, because some of payments were made by
25 checks, some of them were made by AMEX, and some

```
 1   of them were made by wire transfers.
 2            So we are gathering copy of the clear
 3   checks and it's taking time, because we have to go
 4   to the bank, because this is taking about two
 5   years, this project, over two years.  As you can
 6   see, there are 12 pages and there are hundreds of
 7   items here, hundreds of checks were written.  So
 8   we need to gather all of that and have it as
 9   evidence of the checks that are named here being
10   cash or being, you know, clear by the vendors.
11        Q.  I'm going to mark this as Exhibit 45, and
12   I know you said it was a draft.  When do you
13   expect it will be complete form?
14            (Thereupon, Air Capital Group Class
15            QuickReport, was marked as Exhibit Number
16            45 for identification.)
17        A.  I want to get the copy of the checks from
18   the bank and be able to match everything to make
19   sure that there is no mistakes on this -- on this
20   document.
21            MR. GAYOSO:  He is asking you when.
22        A.  It may take me, like, 15 days probably to
23   get everything.
24   BY MR. LEE:
25        Q.  Let me ask you, I'm looking at the first
```

1  A. For invoice -- the invoice 361642 we paid
2  in checks $60,000.
3       As I mentioned earlier, there may have
4  been -- there may be payments that we misplaced
5  made with credit cards or wires we can't locate as
6  of today. There is also the possibility that ARC
7  has given us some credits or changes.
8       And as I told you before, René Gil from
9  ARC told me that we owe him money in connection
10 with the DRC project, which according to my
11 records, we don't, so I need to get to the bottom
12 of that with ARC.
13 BY MR. LEE:
14  Q. Are you still doing more work or are we
15 complete about what the DRC owes you or is this
16 thing still moving?
17  A. With ARC we completed the work on DRC.
18  Q. Here is what I'm trying to understand:
19 You have a statement in front of you that is
20 marked as Exhibit 144. And according to this
21 statement, you say you are owed by the DRC
22 819,000, correct?
23  A. Yes.
24  Q. Is this statement final or is this
25 statement still being developed, evolving or

```
 1   working?
 2        A.   There is work in progress that has been
 3   held.
 4        Q.   When do you expect to have a final
 5   statement of the amount that the DRC owes ACG as a
 6   result of this project?
 7        A.   The only open item that we have today is
 8   the engines that the DRC protested.
 9        Q.   So this statement that is marked as
10   Exhibit 144 is complete with the exception of the
11   engines?
12        A.   Yes.
13        Q.   So the amounts reflected on this
14   statement as 144 are the amounts that you deem
15   owed to you by DRC, correct?
16        A.   Correct.
17        Q.   Now, on the Moving Map, if you go back to
18   Exhibit 144, based on your records, all that you
19   have shown me today is you've paid 60,000 for that
20   amount, correct?
21        A.   Correct.
22        Q.   And 15 percent of that amount is 69,000,
23   correct?
24        A.   Correct.
25        Q.   But you charged the DRC 87,000, correct?
```