# EXHIBIT D



# HERNANDEZ LEE, LLC
ATTORNEYS AT LAW

**INVOICE**

Invoice # 10022
Date: 08/06/2013
Due On: 08/31/2013

Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131
Phone: (305) 842-2100
Fax: (305) 842-2105
www.hernandezlee.com

Cozen O'Connor
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131

## 01007-DRC

## Democratic Republic of the Congo

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/14/2013 | Jermaine Lee | Begin analyzing Antonio Neuman's deposition transcripts in connection with evaluating damages documents for trial. | 5.10 | $275.00 | $1,402.50 |
| 05/15/2013 | Jermaine Lee | Continue analyzing Antonio Neuman's deposition transcripts in connection with evaluating damages documents for use at trial. | 6.90 | $275.00 | $1,897.50 |
| 05/16/2013 | Jermaine Lee | Begin analyzing invoices produced by ACG to the DRC in connection with evaluating items relating to damages to include on exhibit list for use at trial. | 3.80 | $275.00 | $1,045.00 |
| 05/17/2013 | Jermaine Lee | Continue analyzing invoices produced by ACG to the DRC in connection with evaluating items relating to damages to include on exhibit list for use at trial | 6.70 | $275.00 | $1,842.50 |
| 05/20/2013 | Jermaine Lee | Conference with Mr. Dunn regarding trial witnesses and exhibits. | 0.60 | $275.00 | $165.00 |
| 05/20/2013 | Jermaine Lee | Begin analyzing invoices provided by Mr. Kalala in the blue folder in connection with evaluating damage documents to include on the exhibit list. | 0.40 | $275.00 | $110.00 |
| 05/21/2013 | Jermaine Lee | Continue analyzing invoices provided by Mr. Kalala in the blue folder and other invoices provided by ACG in connection with evaluating damage documents to include on the exhibit list. | 3.40 | $275.00 | $935.00 |
| 05/21/2013 | Jermaine Lee | Continue analyzing Antonio Neuman's depositions and exhibits in connection with evaluating additional documents to include on the exhibit list. | 1.20 | $275.00 | $330.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/2013 | Jermaine Lee | Continue analyzing invoices provided by ACG in connection with evaluating additional documents to include on the exhibit list. | 2.10 | $275.00 | $577.50 |
| 05/27/2013 | Jermaine Lee | Continue analyzing invoices provided by ACG in connection with evaluating additional documents to include on the exhibit list. | 2.20 | $275.00 | $605.00 |
| 05/28/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding the damages calculation. | 2.50 | $275.00 | $687.50 |
| 05/28/2013 | Jermaine Lee | Begin analyzing correspondence between ACG and DRC in connection with evaluating other items to include on the exhibit list as it relates to damages. | 1.20 | $275.00 | $330.00 |
| 05/30/2013 | Jermaine Lee | Continue analyzing correspondence between ACG and DRC in connection with evaluating other items to include on the exhibit list as it relates to damages. | 2.40 | $275.00 | $660.00 |
| 05/31/2013 | Jermaine Lee | Continue analyzing correspondence between ACG and DRC in connection with evaluating other items to include on the exhibit list as it relates to damages. | 3.40 | $275.00 | $935.00 |

|  |  |
|---|---|
| Quantity Subtotal | 41.9 |
| Quantity Total | 41.9 |
| Subtotal | $11,522.50 |
| Total | $11,522.50 |

## Remittance Advice

**Checking Information**

**Remit checks to:** Hernandez Lee, LLC
Southeast Financial Center
200 South Biscayne Blvd., Suite 4410
Miami, Florida 33131
Tax Id No: 46-1877657

**Wire Transfer Information**

**Bank Name/Address:** Great Florida Bank
2 South Biscayne Blvd., Suite 110
Miami, Florida 33131
Telephone: (305) 514-6400
Account No.: 400254736

**Bank ABA/Routing #:** 066015576

Please include the Invoice Number(s) as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# HERNANDEZ LEE, LLC
ATTORNEYS AT LAW

Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131
Phone: (305) 842-2100
Fax: (305) 842-2105
www.hernandezlee.com

**INVOICE**

Invoice # 10023
Date: 08/06/2013
Due On: 08/31/2013

Cozen O'Connor
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131

## 01007-DRC

## Democratic Republic of the Congo

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/02/2013 | Jermaine Lee | Analyze damages documents in connection with evaluating structure/outline of Antonio Neuman's cross-examination. | 2.10 | $275.00 | $577.50 |
| 06/03/2013 | Jermaine Lee | Continue analyzing damages documents in connection with evaluating structure/outline of Antonio Neuman's cross-examination. | 2.70 | $275.00 | $742.50 |
| 06/03/2013 | Jermaine Lee | Meeting with Messrs. Dunn and Zappia regarding expert damages testimony and calculations. | 3.20 | $275.00 | $880.00 |
| 06/04/2013 | Jermaine Lee | Continue analyzing damages documents in connection with evaluating structure/outline of Antonio Neuman's cross-examination. | 5.70 | $275.00 | $1,567.50 |
| 06/05/2013 | Jermaine Lee | Continue analyzing damages documents in connection with evaluating structure/outline of Antonio Neuman's cross-examination. | 1.30 | $275.00 | $357.50 |
| 06/05/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding Mr. Zappia's trial testimony and damages calculations. | 2.40 | $275.00 | $660.00 |
| 06/07/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding Mr. Zappia's trial testimony and damages calculations. | 3.80 | $275.00 | $1,045.00 |
| 06/10/2013 | Jermaine Lee | Conference with Mr. Dunn regarding Mr. Zappia's damages report and calculation. | 0.50 | $275.00 | $137.50 |
| 06/10/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding Mr. Zappia's trial testimony and damages calculations. | 2.80 | $275.00 | $770.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/11/2013 | Jermaine Lee | Continue analyzing damages documents in connection with evaluating structure/outline of Antonio Neuman's cross-examination. | 3.20 | $275.00 | $880.00 |
| 06/12/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding Mr. Zappia's trial testimony and damages calculations. | 4.30 | $275.00 | $1,182.50 |
| 06/13/2013 | Jermaine Lee | Begin analyzing Antonio Neuman's depositions and damages documents (Ex 45 and 116) in connection with calculating amounts to counter ACG's testimony that work on the aircraft had to be stopped because of the lack of funds from the DRC. | 6.30 | $275.00 | $1,732.50 |
| 06/14/2013 | Jermaine Lee | Continue analyzing Antonio Neuman's depositions and damages documents (Ex 45 and 116) in connection with calculating amounts to counter ACG's testimony that work on the aircraft had to be stopped because of the lack of funds from the DRC. | 4.80 | $275.00 | $1,320.00 |
| 06/17/2013 | Jermaine Lee | Continue analyzing Antonio Neuman's depositions and damages documents (Ex 45 and 116) in connection with calculating amounts to counter ACG's testimony that work on the aircraft had to be stopped because of the lack of funds from the DRC and outlining cross examination. | 5.20 | $275.00 | $1,430.00 |
| 06/18/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia regarding Mr. Zappia's deposition. | 1.50 | $275.00 | $412.50 |
| 06/18/2013 | Jermaine Lee | Continue analyzing damages documents in connection with preparing Antonio Neuman's cross-examination. | 3.20 | $275.00 | $880.00 |
| 06/19/2013 | Jermaine Lee | Continue analyzing damages documents in connection with preparing Antonio Neuman's cross-examination, including continuing to calculate excess DRC monies at times that ACG claims it did not have enough money to pay expenses. | 4.60 | $275.00 | $1,265.00 |
| 06/20/2013 | Jermaine Lee | Continue analyzing damages documents in connection with preparing Antonio Neuman's cross-examination; conference with Mr. Dunn regarding damages and other trial preparation. | 7.10 | $275.00 | $1,952.50 |
| 06/25/2013 | Jermaine Lee | Continue analyzing damages documents in connection with preparing Antonio Neuman's cross-examination. | 4.10 | $275.00 | $1,127.50 |
| 06/26/2013 | Jermaine Lee | Continue analyzing damages documents in connection with preparing Antonio Neuman's cross-examination. | 8.40 | $275.00 | $2,310.00 |
| 06/27/2013 | Jermaine Lee | Analyze damages information in preparation for meeting with Messrs. Kalala and Zappia regarding damages calculations. | 6.10 | $275.00 | $1,677.50 |
| 06/28/2013 | Jermaine Lee | Conference with Messrs. Dunn, Kalala and Zappia regarding Zappia's damages and other trial preparation. | 4.50 | $275.00 | $1,237.50 |
| 06/29/2013 | Jermaine Lee | Conference with Messrs. Dunn, Kalala, Zappia etc. regarding damages and other trial preparation. | 3.00 | $275.00 | $825.00 |

| Date | Name | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/29/2013 | Jermaine Lee | Begin preparing Antonio Neuman's cross-examination, including evaluating invoices to calculate ACG's overcharges at certain time periods of the project. | 7.50 | $275.00 | $2,062.50 |
| 06/30/2013 | Jermaine Lee | Prepare cross-examination of Antonio Neuman. | 9.40 | $275.00 | $2,585.00 |
| | | **Quantity Subtotal** | 107.7 | | |
| | | **Quantity Total** | 107.7 | | |
| | | | | **Subtotal** | $29,617.50 |
| | | | | **Total** | $29,617.50 |

## Remittance Advice

**Checking Information**

**Remit checks to:** Hernandez Lee, LLC
Southeast Financial Center
200 South Biscayne Blvd., Suite 4410
Miami, Florida 33131
Tax Id No: 46-1877657

**Wire Transfer Information**

**Bank Name/Address:** Great Florida Bank
2 South Biscayne Blvd., Suite 110
Miami, Florida 33131
Telephone: (305) 514-6400
**Account No.:** 400254736

**Bank ABA/Routing #:** 066015576

Please include the Invoice Number(s) as an additional reference so we may accurately identify and apply your payment.

Please provide adequate payment to cover the wire fees assessed by your financial institution.



# HERNANDEZ LEE, LLC
### ATTORNEYS AT LAW

Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131
Phone: (305) 842-2100
Fax: (305) 842-2105
www.hernandezlee.com

**INVOICE**

Invoice # 10024
Date: 08/06/2013
Due On: 08/31/2013

Cozen O'Connor
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131

## 01007-DRC

## Democratic Republic of the Congo

**Services**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/01/2013 | Jermaine Lee | Continue preparing Antonio Neuman's cross-examination, including calculating ACG's overcharges at various points during the project. | 8.30 | $275.00 | $2,282.50 |
| 07/02/2013 | Jermaine Lee | Attend trial; continue preparing Antonio Neuman's cross-examination, including calculating ACG's overcharges. | 12.20 | $275.00 | $3,355.00 |
| 07/03/2013 | Jermaine Lee | Continue preparing Antonio Neuman's cross-examination and other trial preparation. | 9.40 | $275.00 | $2,585.00 |
| 07/05/2013 | Jermaine Lee | Continue preparing Antonio Neuman's cross examination and calculating ACG's overcharges at certain points of the project. | 3.40 | $275.00 | $935.00 |
| 07/07/2013 | Jermaine Lee | Continue preparing Antonio Neuman's cross examination and calculating ACG's overcharges at certain points of the project. | 3.80 | $275.00 | $1,045.00 |
| 07/08/2013 | Jermaine Lee | Trial preparation, including Neuman's cross-examantion and other damages calculations. | 12.40 | $275.00 | $3,410.00 |
| 07/09/2013 | Jermaine Lee | Trial preparation, including finalizing Neuman's cross-examination, meeting with Mr. Lombardi to organize exhibits for Neuman's cross-examination. | 9.70 | $275.00 | $2,667.50 |
| 07/10/2013 | Jermaine Lee | Trial preparation, including revising Neuman's cross-examination. | 14.20 | $275.00 | $3,905.00 |

| Date | Name | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/2013 | Jermaine Lee | Attend trial, including cross-examining Neuman at trial. | 11.80 | $275.00 | $3,245.00 |
| 07/12/2013 | Jermaine Lee | Attend trial, including cross-examining Antonio Neuman. | 10.20 | $275.00 | $2,805.00 |
| 07/15/2013 | Jermaine Lee | Conference with Mr. Dunn regarding DRC's damages and docs for same. | 0.50 | $275.00 | $137.50 |
| 07/16/2013 | Jermaine Lee | Trial preparation, including preparing Mr. Deschryver for his testimony. | 11.40 | $275.00 | $3,135.00 |
| 07/19/2013 | Jermaine Lee | Conference with Messrs. Dunn and Zappia and Ms. Fernandez regarding Mr. Zappia's trial testimony and damages. | 8.20 | $275.00 | $2,255.00 |
| 07/23/2013 | Jermaine Lee | Trial preparation, including reviewing Richard Gonzalez's deposition and exhibits. | 7.30 | $275.00 | $2,007.50 |
| 07/24/2013 | Jermaine Lee | Trial preparation, including preparing cross-examination of Richard Gonzalez of TEC; conversations with Mr. Zappia regarding FOD and other points in Richard Gonzalez's deposition. | 10.20 | $275.00 | $2,805.00 |
| 07/25/2013 | Jermaine Lee | Trial preparation, including preparing cross examination of Richard Gonzalez and jury instructions. | 10.90 | $275.00 | $2,997.50 |
| 07/26/2013 | Jermaine Lee | Trial preparation, including information for Mr. Zappia's re-direct relating a CJI's invoice to rebut ACG's position that credits from CJI were given to the DRC. | 0.80 | $275.00 | $220.00 |
| 07/26/2013 | Jermaine Lee | Trial preparation, including jury instructions. | 3.30 | $275.00 | $907.50 |
| 07/27/2013 | Jermaine Lee | Trial preparation, including responding to ACG's motions for directed verdict; preparing for cross-examinaiton of Antonio Neuman during ACG's case; and jury instructions. | 4.20 | $275.00 | $1,155.00 |
| 07/28/2013 | Jermaine Lee | Trial preparation, including responses to ACG's directed verdict motions; Richard Gonzalez cross-examination, jury instructions. | 4.60 | $275.00 | $1,265.00 |
| 07/29/2013 | Jermaine Lee | Trial preparation, including finalizing response to ACG's directed verdict motions and jury instructions. | 11.90 | $275.00 | $3,272.50 |
| 07/30/2013 | Jermaine Lee | Attend trial, including arguing jury instructions; trial preparation, including assisting Mr. Dunn with damages information for closing arguments. | 14.60 | $275.00 | $4,015.00 |
| 07/31/2013 | Jermaine Lee | Attend trial. | 9.20 | $275.00 | $2,530.00 |

**Quantity Subtotal**  192.5

**Services Subtotal**  $52,937.50

**Expenses**